IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROSA L. CLARK | § | |
| Plaintiff, | § § § | |
| VS. | § § | NO. 3-05-CV-1641-N |
| CITY CENTRAL APARTMENTS | § § § | |
| Defendant. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

SO ORDERED November 18, 2005.

_David C Godbey_
UNITED STATES DISTRICT JUDGE